# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. STROUD,<br><br>         Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>         Respondent. | Case No.: 19cv1047 GPC (KSC)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

  Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

  The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Civ. Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

/ / /

/ / /

1

| | |
|---|---|
| 1 | Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and |
| 2 | **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no |
| 3 | later than **August 9, 2019**, provide the Court with: (1) a copy of this Order together with |
| 4 | the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that |
| 5 | Petitioner cannot pay the $5.00 filing fee. For Petitioner's convenience, the Clerk of |
| 6 | Court shall attach to this order a blank in forma pauperis form, which includes the |
| 7 | required Prison Certificate. |

**IT IS SO ORDERED.**

Dated: June 10, 2019

Hon. Gonzalo P. Curiel
United States District Judge